IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT SNIPE JR.,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1953

Opinion filed July 12, 2016.

An appeal from an order of the Circuit Court for Escambia County.
W. Joel Boles, Judge.

Robert Snipe Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    DISMISSED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.